1  COLIN L. COOPER, SBN 144291
   KELLIN R. COOPER, SBN 172111
2  DUSTIN GORDON, SBN 205216
   COOPER LAW OFFICES
3  800 Jones Street
   Berkeley, California  94710
4  Telephone (510) 558-8400
   Fax (510) 558-8401
5
   Attorneys for Defendant
6  DERRIK DENNIS

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                        OAKLAND DIVISION

10                                   )  CR 13-cr-742-JST-1
                                     )
11 UNITED STATES OF AMERICA,         )
                                     )  STIPULATION AND ORDER
12         Plaintiff,                )
                                     )
13 vs.                               )
                                     )
14 DERRIK DENNIS,                    )
                                     )
15         Defendant.                )
                                     )
16                                   )
                                     )
17 _____  )

18         This matter is currently set for a detention hearing on November 26, 2013.  The parties

19 hereby stipulate to vacate that date and reset the hearing for December 18, 2013.  The parties are

20 requesting this to allow them time review the discovery and explore possible resolutions to the

21 case.

22         The defendant and the government consent to the extension of time, and the parties

23 represent that good cause exists for this extension, including the effective preparation of counsel.

24 *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice are served by

25

                                     1

granting an extension and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED:

_____/s/_____
COLIN L. COOPER
Attorney for DERRIK DENNIS

_____/s/_____
WADE RHYNE
Assistant United States Attorney

ORDER

For the reasons stated above, the Court sets Wednesday, December 18, 2013, at the hour of 9:30 a.m., as the date for detention hearing.  The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  11/25/13

_____
KANDIS A. WESTMORE
United States Magistrate Court Judge